United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELENA NICKOLE BREEN,

　　　　　Plaintiff,

　　　v.

COSTCO WHOLESALE CORPORATION, et al.,

　　　　　Defendants.

Case No.  25-cv-10584-AMO

**ORDER TO SHOW CAUSE**

On March 26, 2026, the Court issued a scheduling order in this action.  Dkt. No. 14.  The order set April 24, 2026 as the deadline for the parties to submit a joint report selecting a form of ADR and set July 24, 2026 as the deadline for completing ADR.  *Id.*  To date, the parties have not filed the joint report selecting a form of ADR.  Accordingly, the parties are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to file the required joint report.  Each side shall file a written response, of no more than 3 pages, to this Order to Show Cause no later than June 3, 2026.

**IT IS SO ORDERED.**

Dated: 5/27/2026

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge