Nicole M. Jaffee, Bar No. 255944
Nickolas M. Rineberg, Bar No. 360878
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 1st Street, 4th Floor
Santa Rosa, California 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242
jaffee@perrylaw.net
rineberg@perrylaw.net

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION;
COSTCO WHOLESALE MEMBERSHIP,
INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA NICKOLE BREEN, | Case No.  4:25-CV-10584-AMO |
| Plaintiff, | **STIPULATION REGARDING SELECTION OF PRIVATE MEDIATION AS ADR AND ~~[PROPOSED]~~ ORDER** |
| v. | |
| COSTCO WHOLESALE CORPORATION; COSTCO WHOLESALE MEMBERSHIP, INC.; JASON CABRERA; and DOES 1-100, inclusive, | Complaint Filed:  August 22, 2025<br>Trial Date:          None set<br><br>Hon. Araceli Martínez-Olguín |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, and through their respective counsel, if any, that the parties stipulate and agree to the following:

1.  The parties agree to participate in private mediation as the form of ADR in this matter pursuant to the Court's Order Re Selection of Alternative Dispute Resolution Method filed March 26, 2026.

2.  The parties expect to have the mediator selected by June 12, 2026.

///

///

///

*Vertical text in left margin:* PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

1

IT IS SO STIPULATED.

CHOULOS LAW GROUP

DATED: June 2, 2026                    By: _____
                                            VICTOR TSOI
                                            Attorneys for Plaintiff
                                            ELENA NICKOLE BREEN

PERRY, JOHNSON, ANDERSON, MILLER
& MOSKOWITZ, LLP

DATED: June 2, 2026                    By: _____
                                            NICOLE M. JAFFEE
                                            NICKOLAS M. RINEBERG
                                            Attorneys for Defendant
                                            COSTCO WHOLESALE CORPORATION;
                                            COSTCO WHOLESALE MEMBERSHIP,
                                            INC.

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ LLP

2

STIPULATION REGARDING SELECTION OF PRIVATE        Case No. 3:25-CV-10584-AMO
MEDIATION AS ADR

[PROPOSED] ORDER  *As Modified*

Based on the foregoing Joint Stipulation of the parties, and good cause appearing therefore, the Court makes the following ORDERS:

1.  The parties shall participate in private mediation as their selected form of Alternative Dispute Resolution.

**2. The deadline for the parties to complete private mediation remains July 24, 2026, and the deadline for the parties' ADR status report remains July 31, 2026, as originally set in the Scheduling Order issued March 26, 2026.  *See* Dkt. No. 14.**

**3. By no later than June 12, 2026, the parties shall file a joint notice informing the Court of their agreed-upon mediator and confirmed mediation date.**

**4. The Order to Show Cause issued May 27, 2026 is hereby DISCHARGED.  Future failures to meet court deadlines will result in sanctions.**

**IT IS SO ORDERED**.

DATED:   6/3/2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

STIPULATION REGARDING SELECTION OF PRIVATE          Case No. 3:25-CV-10584-AMO
MEDIATION AS ADR

3